**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-532**

---

In Re:  JAMES M. DEBARDELEBEN,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-97-1131-B)

---

Submitted:  April 16, 1998          Decided:  May 1, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

James M. Debardeleben, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James DeBardeleben has filed a petition for writ of mandamus directing the district court to rule on his motion for reconsideration, disqualify the district court judge from ruling on his motion, and assign a new judge to decide his motion. Because the district court has denied his motion for reconsideration, we deny DeBardeleben's petition as moot. DeBardeleben's motion to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>